```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(Poughkeepsie Division)
----------------------------------------------------------x
In re:

Theresa L. Somers and                    Case No. 10-38296(CGM)
Rosemary Caggiano,                       Chapter 7

                    Debtors.
----------------------------------------------------------x
```

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a), the United States Trustee for Region 2 appeals from the Order of the Honorable Cecelia G. Morris, United States Bankruptcy Judge, dated and entered on May 4, 2011 in this proceeding, denying the Motion of the United States Trustee to Dismiss the Case.

The names of all parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

**Kirk O. Orseck, Esq.**
Attorney for Theresa L. Somers and Rosemary Caggiano
1924 State Rt. 52
Liberty, New York 12754
(845) 292-5800

**Paul L. Banner, Esq.**
Chapter 7 Trustee
515 Haight Avenue
2nd Floor, Suite A
Poughkeepsie, New York 12603
(845) 463-1200

Dated: Albany, New York
      May 18, 2011

                                          Respectfully submitted,

                                          TRACY HOPE DAVIS
                                          UNITED STATES TRUSTEE

                      By:    /s/ Lisa M. Penpraze
                                 Lisa M. Penpraze
                                 Assistant United States Trustee
                                 74 Chapel Street
                                 Albany, New York 12207
                                 (518) 434-4553

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(Poughkeepsie Division)

------------------------------------------------------x

IN RE:   Case No. 10-38296(CGM)
         Chapter 7

Theresa L. Somers and
Rosemary Caggiano

                    Debtors.

------------------------------------------------------x

## Certificate of Service

The undersigned hereby certifies that she is an employee of the United States Trustee for Region 2 and is a person of such age and discretion as to be competent to serve papers.

That on May 18, 2011, she served a copy of the

**UNITED STATES TRUSTEE'S NOTICE OF APPEAL**

by placing said copy in a post-paid envelope addressed to the person(s) named, at the place(s) and address(es) listed below and by depositing the envelope and contents in an official depository of the United States Postal Service or by electronic service through the Court's CM/ECF system:

Debtors' Attorney:   Kirk O. Orseck, Esq., 1924 State Rt. 52, Liberty, New York 12754

Chapter 7 debtors:   Theresa L. Somers, 211 Cole Rd., Hurleyville, NY 12747

                              Rosemary Caggiano, 211 Cole Rd., Hurleyville, NY 12747

Chapter 7 trustee:   Paul L. Banner, 515 Haight Ave. 2nd fl. Suite A, Poughkeepsie, NY 12603

Dated: Albany, New York
       May 18, 2011

                                                            /s/ Lisa M. Penpraze